STATE OF MISSOURI, Respondent, *vs.* JONES, Appellant.

1. State v. Roberts, *alias* Ward, affirmed.

*Appeal from the St. Louis Criminal Court.*

*McLean & Mauro,* for appellant.

*J. R. Lackland,* circuit attorney, for State.

RYLAND, Judge. This case is similar to the one decided at
the last term of this court, *State* v. *Roberts, alias Ward.*

The case of Roberts, when first before this court, was re-
versed and remanded. So likewise was the case of the *State*
v. *Jones.* Roberts was tried anew, and convicted of murder
in the first degree. On appeal to this court, the judgment was
affirmed. Jones, the present defendant, was also tried and
convicted of murder in the first degree. He was found guilty,
as principal in the second degree, of murder in the first
degree.

With the exception of the point of the admissibility as a
witness of an accomplice and co-indictee, this present case
presents generally the same points as were passed upon in
Roberts' case.

The judgment of the court below is affirmed, and it is or-
dered that the Criminal Court do proceed to have the judgment
carried into execution. The other Judges concur.